# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN BERNARD WHITE, | Case No. 2:19-cv-00409-KJM-AC |
| Plaintiff, | |
| v. | ORDER |
| CITY OF SACRAMENTO, et al., | |
| Defendant. | |

Plaintiff's notice of dismissal of defendant City of Sacramento, erroneously sued as Sacramento Police Department, is defective as filed. See ECF No. 13. While a plaintiff may unilaterally dismiss an action against a defendant under Rule 41(a)(1)(A)(i) "before the opposing party serves an answer or a motion for summary judgment," City of Sacramento has filed an answer here, ECF No. 6. Accordingly, to dismiss City of Sacramento without a court order, plaintiff must file "a stipulation of dismissal signed by all parties who have appeared." Rule 41(a)(1)(A)(ii). The court therefore DISREGARDS ECF No. 13.

IT IS SO ORDERED.

DATED: September 4, 2019.

UNITED STATES DISTRICT JUDGE

1