LONGYEAR & LAVRA, LLP
John A. Lavra, CSB No.: 114533
Amanda L. McDermott, CSB No.: 253651
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

Attorneys for County of Sacramento;
Sacramento County Sheriff's Department

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| JORDAN WHITE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO; SACRAMENTO POLICE DEPARTMENT; COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT,<br><br>　　　　Defendants | Case No.: 2:19-CV-00409-KJM-AC<br><br>**NOTICE OF FIRM NAME CHANGE** |

TO THE COURT, CLERK, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that effective immediately, the law firm of Longyear, O'Dea & Lavra, LLP, attorneys for the County of Sacramento and Sacramento County Sheriff's Department, has changed its name to Longyear & Lavra, LLP. The address, telephone number, and facsimile number of the firm will remain the same and are as follows:

LONGYEAR & LAVRA, LLP
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

Dated: September 16, 2019          LONGYEAR & LAVRA, LLP
                          By:  */s/ Amanda L. McDermott*
                             AMANDA L. MCDERMOTT
                             Attorneys for County of Sacramento,
                             Sacramento County Sheriff's Department