**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORDAN WHITE, | Case No.: 2:19-cv-00409-KJM-AC |
| Plaintiff, | |
| vs. | **ORDER** |
| CITY OF SACRAMENTO; SACRAMENTO POLICE DEPARTMENT; COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, | |
| Defendants | |

The Court, having received JOINT STIPULATION FOR ORDER TO MODIFY AUGUST 6, 2019 PRETRIAL SCHEDULING ORDER and for good cause having been shown, the Pretrial Scheduling Order is modified as follows:

| Description | Existing Date | New Date |
|---|---|---|
| Discovery Cutoff | June 1, 2020 | September 30, 2020 |
| Expert Disclosures | August 3, 2020 | December 4, 2020 |
| Rebuttal Expert Disclosures | September 2, 2020 | January 8, 2021 |
| Completion of Expert Discovery | January 15, 2021 | May 14, 2021 |

This amendment does not alter any other portions of the scheduling order (ECF No. 12).

**IT IS SO ORDERED.**

DATED: May 7, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE