GAVRILOV & BROOKS
Ognian Gavrilov, Esq., CSB No.: 258583
Kalle E. Mikkola, Esq., CSB No.: 307203
2315 Capitol Avenue
Sacramento, California 95816
Telephone: (916) 504-0529
Facsimile: (916) 727-6877
**Attorneys for Plaintiff Jordan White**

LONGYEAR & LAVRA, LLP
John A. Lavra, CSB No.: 114533
Amanda L. McDermott, CSB No.: 253651
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510
**Attorneys for Defendant County of Sacramento**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| JORDAN WHITE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF SACRAMENTO; SACRAMENTO POLICE DEPARTMENT; COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT,<br><br>　　　　　Defendants | Case No.: 2:19-cv-00409-KJM-AC<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER; ORDER**<br><br>Complaint filed:　　March 6, 2019 |

COMES NOW Plaintiff JORDAN WHITE and Defendant COUNTY OF SACRAMENTO, by and through their respective counsel and subject to the approval of this Court, hereby stipulate and respectfully request that this Court's Pretrial Scheduling Order, be modified to reflect new deadlines and cut-off dates as follows, or as to accommodate the Court's docket:

/ / /

|   | **Current Date** | **New Date** |
|---|---|---|
| Close of Discovery: | September 30, 2020 | November 30, 2020 |
| Expert Disclosure: | December 4, 2020 | February 4, 2021 |
| Rebuttal Expert Disclosure: | January 8, 2021 | March 8, 2021 |
| Dispositive Motion Deadline: | May 14, 2021 | July 14, 2021 |
| Final Pretrial Conference: | TBD | TBD |
| Trial: | TBD | TBD |

WHEREAS, the matter has not yet been set for Final Pretrial Conference or Trial;

WHEREAS, the parties attempted an early settlement conference, which was unsuccessful;

WHEREAS, counsel for all parties have met and conferred and agree that it would be in the interests of justice and judicial economy and that good causes exists for the modification of the scheduling order;

WHEREAS, this stipulation is not being made for the purpose of delay, or any other improper purpose;

WHEREAS, continuing the pretrial deadlines will not prejudice any party or their counsel.

**IT IS SO STIPULATED.**

Dated: September 9, 2020           LONGYEAR, O'DEA & LAVRA, LLP

By:  */s/ Amanda L. McDermott as authorized on 8/26/2020*
JOHN A. LAVRA
AMANDA L. MCDERMOTT
Attorneys for Defendant County of Sacramento

Dated:   August 26, 2020             GAVRILOV & BROOKS

                           By:   */s/ Kalle Mikkola*
                                 OGNIAN GAVRILOV
                                 KALLE MIKKOLA
                                 Attorneys for Plaintiff Jordan White

# ORDER

Having reviewed and considered the above stipulation, this scheduling order to modified to reflect the following deadlines:

| | |
|---|---|
| Close of Discovery: | November 30, 2020 |
| Expert Disclosure: | February 4, 2021 |
| Rebuttal Expert Disclosure: | March 8, 2021 |
| Dispositive Motion Deadline: | July 16, 2021 |
| Final Pretrial Conference: | TBD |
| Trial: | TBD |

**IT IS SO ORDERED.**

DATED: September 9, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE