**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION**

| | |
|---|---|
| JORDAN WHITE,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY OF SACRAMENTO; SACRAMENTO POLICE DEPARTMENT; COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT,<br><br>  Defendants | Case No.: 2:19-cv-00409-KJM-AC<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER; ORDER**<br><br>Complaint filed:   March 6, 2019 |

COMES NOW Plaintiff JORDAN WHITE and Defendant COUNTY OF SACRAMENTO, and through their respective counsel and subject to the approval of this Court, hereby stipulate and respectfully request that this Court's Pretrial Scheduling Order [ECF No. 29], be modified to include a deadline for the cut-off of expert discovery which was inadvertently omitted from the prior stipulation and proposed order submitted to the court. The parties request the schedule in this matter be as follows, or as necessary to accommodate the Court's docket:

|  | **Current Date** | **New Date** |
|---|---|---|
| Close of Non-Expert Discovery | November 30, 2020 | |
| Expert Disclosure | February 4, 2021 | |

1

STIPULATION TO MODIFY SCHEDULING ORDER; [PROPOSED] ORDER

| | | |
|---|---|---|
| Rebuttal Expert Disclosure | March 8, 2021 | |
| *Close of Expert Discovery* | *None* | *April 8, 2021* |
| Dispositive Motion Deadline | July 14, 2021 | |
| Final Pretrial Conference | TBD | |
| Trial | TBD | |

WHEREAS, the prior Stipulation and Proposed Scheduling Order submitted by the parties inadvertently omitted a deadline for the close of expert discovery;

WHEREAS, the parties prepared and submitted this revised Stipulation and Proposed Scheduling Order as soon as the oversight was discovered;

WHEREAS, counsel for all parties have met and conferred and agree that it would be in the interests of justice and judicial economy and that good causes exists to modify the scheduling order to include a deadline for the close of expert discovery;

WHEREAS, this stipulation is not being made for the purpose of delay, or any other improper purpose;

WHEREAS, this modification of the scheduling order will not prejudice any party or their counsel.

**IT IS SO STIPULATED.**

Dated:                                              LONGYEAR & LAVRA, LLP

                                               By: */s/Amanda L. McDermott*
                                                    JOHN A. LAVRA
                                                    AMANDA L. MCDERMOTT
                                                    Attorneys for Defendant County of Sacramento

Dated:                                              GAVRILOV & BROOKS

                                               By:  */s/ Kalle Mikkola*
                                                    Ognian Gavrilov
                                                    Kalle E. Mikkola
                                                    Attorneys for Plaintiff Jordan White

# ORDER

Having reviewed and considered the above stipulation, the scheduling order is modified to reflect the following deadlines:

|  | **Current Date** | **New Date** |
|---|---|---|
| Close of Non-Expert Discovery | November 30, 2020 |  |
| Expert Disclosure | February 4, 2021 |  |
| Rebuttal Expert Disclosure | March 8, 2021 |  |
| *Close of Expert Discovery* | *None* | *April 8, 2021* |
| Dispositive Motion Deadline | July 14, 2021 |  |
| Final Pretrial Conference | TBD |  |
| Trial | TBD |  |

**IT IS SO ORDERED.**

DATED: September 23, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE