1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GAVRILOV & BROOKS
Ognian Gavrilov, Esq., CSB No.:  258583
Kalle E. Mikkola, Esq., CSB No.: 307203
2315 Capitol Avenue
Sacramento, California 95816
Telephone: (916) 504-0529
Facsimile: (916) 727-6877
**Attorneys for Plaintiff Jordan White**

LONGYEAR & LAVRA, LLP
John A. Lavra, CSB No.: 114533
Amanda L. McDermott, CSB No.: 253651
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510
**Attorneys for Defendant County of Sacramento**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| JORDAN WHITE, | Case No.: 2:19-cv-00409-KJM-AC |
| Plaintiff, | |
| vs. | **STIPULATION TO COMPEL DEPOSITION OF PLAINTIFF JORDAN WHITE; [PROPOSED] ORDER** |
| CITY OF SACRAMENTO; SACRAMENTO POLICE DEPARTMENT; COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, | Complaint filed:        March 6, 2019 |
| Defendants | |

The Plaintiff Jordan White, through his attorney, Kalle Mikola, and Defendant County of

Sacramento, by and through their attorney of record John Lavra, hereby stipulate to the court

entering an order compelling Plaintiff Jordan White to attend his deposition on Tuesday,

November 20, 2020 at 9:30 a.m. This stipulation is based upon the following factual background:

The deposition of plaintiff was originally noticed for April 14, 2020. Due to the statewide

shutdown of all non-essential activities due to the COVID pandemic, counsel for both parties

1   agreed to continue the deposition, hoping that the shutdown order would be modified or lifted in

2   some manner, in the near future.

3       Plaintiff's deposition was then noticed for May 27, 2020, due to the pending discovery

4   cutoff of June 1, 2020, pursuant to the scheduling order. At the same time, counsel for both

5   parties stipulated to modify the scheduling order to extend discovery cutoff, as the statewide

6   order had affected the taking of the deposition.

7       On May 19, 2020, the court ordered the scheduling order be modified, which extended

8   discovery cutoff to September 30, 2020, and the May 27, 2020 deposition was taken off

9   calendar.

10      The plaintiff's deposition was then noticed for July 15, 2020. On July 14, 2020,

11   plaintiff's counsel informed defendants' counsel that he and his client preferred to do the

12   deposition by Zoom, instead of personal appearance, but that some time was needed to assure

13   plaintiff had access to a computer in order to attend the deposition. Defendants' counsel agreed

14   to reschedule the deposition to August 13, 2020 to give plaintiff adequate time to coordinate

15   Zoom access.

16      On August 13, 2020 the defendants' counsel and plaintiff's counsel appeared for the

17   deposition of Plaintiff. Plaintiff did not appear. After waiting for approximately 1 hour to give

18   plaintiff's counsel time to contact his client and arrange for his appearance via Zoom, plaintiff

19   still had not appeared. A true and correct copy of the transcript documenting the nonappearance

20   is attached as Exhibit 1.

21      The plaintiff's deposition was next noticed for August 26, 2020. Plaintiff's attorney

22   suffered a death in his family, and the deposition was cancelled, to be reset upon mutual

23   agreement.

24      On September 23, 2020, the court ordered the scheduling order be modified, which

25   extended discovery cutoff to November 30, 2020.

26      The deposition was next noticed for October 6, 2020. On October 5, 2020, plaintiff's

27   counsel was unable to contact his client to advise him to appear and advised that his client would

28   not be appearing for deposition.

STIPULATION TO COMPEL DEPOSITION OF PLAINTIFF JORDAN WHITE; [PROPOSED] ORDER

1      On October 7, 2020, plaintiff's counsel and defendant's counsel met and conferred on the

2   subject of compelling the plaintiff for deposition. After discussion, counsel agreed to stipulate to

3   an order compelling plaintiff to appear for deposition, and in exchange, counsel for defendants

4   withdraws defendants' motion to compel seeking an order compelling the deposition and

5   attorneys' fees sanctions.

6      Based on the foregoing, and good cause appearing, the parties request that the court issue

7   an order compelling the plaintiff to attend his deposition on November 20, 2020 at 9:30 a.m.

8

9      **IT IS SO STIPULATED.**

10

11  Dated: November 4, 2020November 4, 2020          LONGYEAR & LAVRA, LLP

12

13                                      By:    */s/ John A. Lavra*
                                             JOHN A. LAVRA
14                                           AMANDA L. MCDERMOTT
                                             Attorneys for Defendant County of Sacramento

15

16
    Dated:  November 4, 2020          GAVRILOV & BROOKS
17

18                                      By:    */s/ Kalle E. Mikkola*
                                             Ognian Gavrilov
19                                           Kalle E. Mikkola
                                             Attorneys for Plaintiff Jordan White
20

21

22

23

24

25

26

27

28

3

1

2

3

4                                      **ORDER**

5          PLAINTIFF IS HEREBY ORDERED to appear on November 20, 2020 at 9:30 a.m., for

6    his  Noticed Deposition.

7          **IT IS SO ORDERED.**

8

     Dated: November 5, 2020

9

10                                          _____
                                            ALLISON CLAIRE
11                                          UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO COMPEL DEPOSITION OF PLAINTIFF JORDAN WHITE; [PROPOSED] ORDER